**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1391**

ANTHONY J. ROBINSON,

Plaintiff - Appellant,

v.

LOUDOUN COUNTY PUBLIC SCHOOLS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:16-cv-01604-LO-TCB)

Submitted: July 19, 2018                          Decided: July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony J. Robinson, Appellant Pro Se. Heather Kathleen Bardot, BANCROFT, MCGAVIN, HORVATH & JUDKINS, PC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. Robinson appeals the district court's order entering judgment for Defendant in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court. *Robinson v. Loudon Cty. Pub. Sch.*, No. 1:16-cv-01604-LO-TCB (E.D. Va. Mar. 9, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*